**Exhibit B - Claim Chart for U.S. Patent No. 12,478,181**
**First Accused Products**

Defendant's pull-out adjustable cabinet organizers with a flat front panel, which include at least the products sold by Defendant on Amazon.com under ASINs B0FKYYVHVM, B0FQV14N4S, B0FQSTSLCD, B0FQTVN64D, B0FKYY8V7V, B0FKYVQ6FZ, B0FKYZ29YY, and B0FQT4DX2B ("First Accused Products") infringe at least claim 10 of the '181 Patent. Aside from color and size, each of the First Accused Products incorporates the same design and infringes for the same reasons as depicted below.

| U.S. Patent No. 12,478,181, Claim 10 | Exemplary First Accused Products |
|---|---|
| [10pre]. An adjustable drawer, comprising: | The First Accused Products are an adjustable drawer. *See, e.g.*: <br><br> <br><br> 2 Pack Pull Out Cabinet Organizer Expandable Width(13"-21") and Depth(17"-24"), Slide Out Drawers With Raising Pad for Framed Cabinets, No Drill Roll Out Shelves for kitchen, Bathroom, White <br><br> https://www.amazon.com/dp/B0FKYYVHVM |

1

| | |
|---|---|
| [10a] a drawer body, comprising a plurality of connecting elements, wherein the plurality of connecting elements join together and form a drawer configuration, | The First Accused Products include a drawer body comprising a plurality of connecting elements, wherein the plurality of connecting elements join together and form a drawer configuration.  In particular, the First Accused Products include four connecting elements, as shown below, that together form a drawer configuration. *See, e.g.*: <br><br> Drawer body <br><br> Plurality of connecting elements |

2

| | |
|---|---|
| [10b] at least one of the plurality of connecting elements is movable along a width direction of the drawer body for adjustment, at least one of the plurality of connecting elements is movable along a length direction of the drawer body for adjustment, and the drawer body is expandable or contractible; | In the First Accused Products, at least one of the plurality of connecting elements is movable along a width direction of the drawer body for adjustment, at least one of the plurality of connecting elements is movable along a length direction of the drawer body for adjustment, and the drawer body is expandable or contractible. *See, e.g.*<br><br>Connecting elements moveable along width direction<br><br>Connecting elements moveable along length direction<br><br> <br><br>The marketing materials and installation manual for the First Accused Products also describe that the connecting elements can be moved in the width and length dimensions in order to expand or contract the drawer body. *See, e.g.*:<br><br>  |

3

| | |
|---|---|
| [10c] wherein each of the plurality of connecting elements defines an array of openings that are dis-communicated with each other at a bottom surface of each of the plurality of connecting elements; and | In the First Accused Products, each of the plurality of connecting elements defines an array of openings that are dis-communicated with each other at a bottom surface of each of the plurality of connecting elements. Specifically, each of the connecting elements has an array of elliptical openings on the bottom surface of the connecting element. *See, e.g.*: <br><br> Each connecting element defines an array of openings  |

4

| | |
|---|---|
| [10d] the array comprises a plurality of rows and a plurality of columns, each of the plurality of rows comprises a plurality of openings that are dis-communicated with each other in a row direction, each of the plurality of columns comprises a plurality of openings that are dis-communicated with each other in a column direction; the column direction is perpendicular to the row direction; | In the First Accused Products, the array comprises a plurality of rows and a plurality of columns, each of the plurality of rows comprises a plurality of openings that are dis-communicated with each other in a row direction, each of the plurality of columns comprises a plurality of openings that are dis-communicated with each other in a column direction; and the column direction is perpendicular to the row direction. *See, e.g.*:  Plurality of columns  Plurality of rows  Rows and columns are perpendicular |

5

| | |
|---|---|
| [10e] the plurality of connecting elements are connected to each other by inserting fasteners into at least one of the plurality of openings. | In the First Accused Products, the plurality of connecting elements are connected to each other by inserting fasteners into at least one of the plurality of openings. *See, e.g.*:<br><br>Fastener Inserted Into Openings <br><br>Gently extend or retract the drawer to adjust it to the desired depth, ensuring that the screw mounting holes are exposed. Secure the drawer in place using Screw 2 to complete the installation. |